UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARIA CASTRO CABRERA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, *in his official capacity*,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:26-cv-01322<br><br>JUDGE RICHARDSON |

**ORDER TO RESPOND**

No later than 1:00 p.m. this twenty-third day of September, 2026, Respondent **SHALL** file a response to Petitioner's "Emergency Notice of Non-Compliance with Court Order" (Doc. No. 14), wherein Respondent shall explain whether and, if so, why Petitioner was not timely released in accordance with the conditions mandated by the Court's order (Doc. No. 11) and judgment (Doc. No. 12) of September 21, 2026.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE