UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARIA CASTRO CABRERA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, *in his official capacity*,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:26-cv-01322<br><br>JUDGE RICHARDSON |

**ORDER**

Pending before the Court is Petitioner's "Supplemental Notice of Non-Compliance with Court Order," (Doc. No. 21, "Notice") as well as Petitioner's "Emergency Motion to Enforce Judgment and Compel Immediate Delivery of Seized Original Identity and Employment Documents" (Doc. No. 22, "Emergency Motion"). Via these filings, Petitioner asserts that Respondent is actively disregarding an express directive of the Court.

By 5:00 p.m. Central Time tomorrow, October 20, 2026, Respondent **SHALL** respond to Petitioner's Notice and Petitioner's Emergency Motion. Therein, Respondent **SHALL** explain what grounds, if any, exist for the apparent failure to release Petitioner "with all possessions, property, and documents Petitioner had at the time she was taken into custody" (Doc. No. 11 at 5) as mandated by this Court's prior order.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE