UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARIA CASTRO CABRERA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, *in his official capacity*,<br><br>Respondent. | ) ) ) ) ) ) ) ) ) ) | NO. 3:26-cv-01322<br><br>JUDGE RICHARDSON |

**ORDER**

By 10:00 a.m. Central Time tomorrow, October 28, 2026, Respondent **SHALL** respond to Petitioner's "Emergency Supplemental Notice of Non-Compliance and Active Defiance of Court Order" (Doc. No. 27, "Notice"). Therein, Respondent shall (in both English and Spanish) recite verbatim or attach copies of all messages, communications, or other missives sent to Petitioner from Respondent or any agent thereof from 10:00 a.m. Central Time October 27, 2026 through 10:00 a.m. Central Time October 28, 2026.

Via the Notice, Petitioner asserts that Respondent or an agent thereof directly transmitted the following message in Spanish to Petitioner today:

- Buenos Días, María necesita reportarse de emergencia a una oficina de ICE para recuperar sus documentos. Solo puedes reportar hoy.

(Doc. No. 27 at 3, ¶ 7, "Message").

Petitioner further asserts that the correct translation of the Message into English is:

- Good morning, Maria needs to report for an emergency to an ICE office to recover her documents. You can only report today.

(*Id.* at ¶ 8).

Given the exigent circumstances, the Court will assume, solely for purposes of contextualizing the questions that follow, that these assertions are true.[1]

If Respondent or an agent thereof in fact sent the Message to Petitioner, then in the response mandated by this order Respondent **SHALL** state with specificity and describe in detail:

1. Each and every one of Petitioner's "documents" to which the Message refers;

2. The "emergency" requiring Petitioner "to report . . . to an ICE office"; and

3. Why, in response to the "emergency," Petitioner could "only report today" and not some later day.

(*Id.* at 3, ¶ 8).

IT IS SO ORDERED.

Eli Richardson

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

[1] If Respondent believes that such assumption is unwarranted—i.e., that the assertions are untrue in whole or in part—he shall so advise the Court, identify the nature and extent of the alleged untruthfulness, and explain the basis for such belief.